■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN WILLIAMS, Appellant. [931 NYS2d 216]—

The court denied resentencing both on the ground of ineligibility and on the merits. Defendant is eligible for resentencing (*see People v Santiago*, 17 NY3d 246 [2011]), and we conclude that substantial justice dictates resentencing as indicated (*see e.g. People v Milton*, 86 AD3d 478 [2011]). Concur—Mazzarelli, J.P., Moskowitz, Acosta, Renwick and DeGrasse, JJ.